**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

TRACY KENYON and
RICHARD KENYON,

      Plaintiffs,

v.                                     CASE NO. 4:13cv233-RH/CAS

FIRST BAPTIST CHURCH OF ST.
GEORGE ISLAND, FLORIDA, INC.,
etc.,

      Defendant.

_____/

## ORDER GRANTING LEAVE TO FILE THE SECOND AMENDED COMPLAINT, CONTINUING THE TRIAL, AND REQUIRING AN AMENDED 26(f) REPORT

The consented motion for leave to file the second amended complaint and to amend the schedule, ECF No. 23, is GRANTED. The second amended complaint is deemed filed as of December 5, 2013. The plaintiffs must promptly serve the new defendant On the Rise in Wakulla, Inc. The attorneys for all parties must

confer under Federal Rule of Civil Procedure 26(f) and file a joint report by January 21, 2014. The trial is continued to a date that will be set by further order.

SO ORDERED on December 5, 2013.

                                            s/Robert L. Hinkle
                                            United States District Judge